

RECEIVED
IN ALEXANDRIA, LA
DEC 14 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, | CIVIL ACTION NO: 05-1991 |
| v. | JUDGE TRIMBLE |
| 0.60 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON PARISH, STATE OF LOUISIANA, AND STREAM FAMILY LIMITED PARTNERSHIP, *ET AL.*, AND UNKNOWN OWNERS <br> Defendants. | MAGISTRATE JUDGE KAY <br><br> TRACT NO: 317E-8 |

## ORDER SETTING DATE AND TIME FOR HEARING TO DETERMINE OWNERSHIP AND JUST COMPENSATION

Upon consideration of the United States' Motion for Hearing to Determine Ownership and Just Compensation and its supporting Brief, the Court hereby schedules a hearing for the purpose of determining ownership of the land which is the subject of this condemnation action and the just compensation for the taking of the perpetual access area easement.

IT IS HEREBY ORDERED that a hearing shall be held on December 28, 2010, at 10:30 a.m. in Alexandria, Louisiana.

THUS DONE AND SIGNED this 14th day of December, 2010.

_____
HONORABLE JAMES T. TRIMBLE, JR.
UNITED STATES SENIOR DISTRICT JUDGE