UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 05-1991-LC |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR. |
| 0.60 ACRES OD LAND, MORE OR LESS SITUATED IN CAMERON PARISH, STATE OF LOUISIANA, AND STREAM FAMILY LIMITED PARTNERSHIP, ET AL, AND UNKNOWN OWNERS | MAGISTRATE JUDGE KATHLEEN KAY |

**MINUTES OF COURT OF HEARING TO**
**DETERMINE OWNERSHIP AND JUST COMPENSATION**

Tuesday, December 28, 2010      Court opened 10:25 a.m.      Court adjourned   10:30 a.m.

Statistical Time in Court: /5


**PRESENT:**  JAMES T. TRIMBLE JR.            DISTRICT JUDGE
           Myra Primeaux                  Court Reporter
           Joyce Burge                    Courtroom Deputy
           Janice E. Hebert               Representing USA

**COMMENTS:**      This matter came before the Court on the USA's motion to determine ownership and just compensation.  Evidence was presented by the Government to the Court.  A Judgment Determining Just Compensation and Order for Disposition was presented and signed in Open Court.